United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA,<br><br>    Plaintiff(s),<br><br>v.<br><br>ANDRE BOUDIN BAKERIES,<br><br>    Defendant(s).<br>_____/ | No. C 12-02749 (DMR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE** |

    Plaintiff Soriba Bangoura filed this Title VII employment discrimination case on May 29, 2012. [*See* Docket No. 1] On June 7, 2012, Plaintiff moved the court to appoint an attorney or legal advisor to assist in this case, as Plaintiff is unable to afford representation. [Docket No. 5.] For the following reasons, the court denies Plaintiff's motion without prejudice.

    As a general rule, there is no right to appointed counsel in a civil case. *Lee v. AT&T Corp.*, No. 09-5614-RS, 2010 WL 2348683, at *2 (N.D. Cal. June 8, 2010). However, the Civil Rights Act of 1964 permits appointment of counsel in employment discrimination cases "'in such circumstances as the court may deem just.'" *Id.* (quoting *Bradshaw v. Zoological Soc'y of San Diego*, 662 F.2d 1301, 1318 (9th Cir. 1981)) (citation omitted). To discern whether such circumstances exist, the court must examine "1) the plaintiff's financial resources; 2) the efforts made by the plaintiff to secure counsel; and 3) the relative merit of the plaintiff's claims." *Id.* (citing *Bradshaw*, 662 F.2d at 1318).

Plaintiff's application to proceed *in forma pauperis* indicates that Plaintiff has had no income stream for over a year, has few assets, and has fallen behind on rent payments. [*See* Docket No. 2.] The court concludes that Plaintiff does not have the financial resources to hire a lawyer and, therefore, meets the requirements of the first factor. *See Lee*, 2010 WL 2348683, at *2. Turning to the second factor, Plaintiff has provided no information regarding attempts to secure counsel. With respect to the third factor, the relative merits of the case, the record before the court at this time is too skeletal to make a proper evaluation. In sum, the court finds that Plaintiff does not fulfill the requirements for the appointment of counsel at this time.

Because Plaintiff has not fulfilled the requisites to secure appointment of counsel, the court denies Plaintiff's motion without prejudice.

The court takes this opportunity to direct Plaintiff to resources referenced on the Court's website, www.cand.uscourts.gov, under the Quick Link "If You Don't Have a Lawyer." These resources include the *Pro Se Handbook*, as well as information about the Legal Help Center, a free service offered by the Bar Association of San Francisco. Appointments for the San Francisco Legal Help Center can be made by calling 415-782-9000 ext. 8657.

IT IS SO ORDERED.

Dated: June 21, 2012

DONNA M. RYU
United States Magistrate Judge