IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA,<br><br>           Plaintiff,<br><br>   v.<br><br>ANDRE-BOUDIN BAKERIES, INC.,<br><br>           Defendant. | No. C 12-2749 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO FILE COURT ELECTRONICALLY** |
| SORIBA BANGOURA,<br><br>           Plaintiff,<br><br>   v.<br><br>ANDRE-BOUDIN BAKERIES, INC.,<br><br>           Defendant.                              / | No. C 12-3229 MMC |

Before the Court is plaintiff Soriba Bangoura's request, filed September 6, 2012, to be allowed to file documents electronically. See Civil L.R. 5-1(b) (providing pro se party may not file electronically unless granted permission by assigned judge). Having read and considered the request, the Court rules as follows.

In his First Amended Complaint ("FAC") filed in Case No. C 12-2749, plaintiff alleges, inter alia, that his landlord has cut off his internet access (see FAC at 5:17-18),

and the instant request was handwritten.  Such allegations suggest plaintiff does not have readily available internet service and, consequently, that he may not be able to comply with this district's rules for filing documents electronically.  See http://cand.uscourts.gov/ECF/proseregistration (providing technical requirements for e-filing).

Accordingly, plaintiff's request to be allowed to file electronically is hereby DENIED without prejudice to plaintiff's renewing his request at the Case Management Conference scheduled for October 26, 2012.

**IT IS SO ORDERED.**

Dated:  September 11, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2