United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    SORIBA BANGOURA,                          No. C 12-2749 MMC

12              Plaintiff,                       **ORDER REFERRING TO MAGISTRATE**
                                                 **JUDGE PLAINTIFF'S OBJECTION**
13      v.

14    ANDRE-BOUDIN BAKERIES, INC.,

15              Defendant.
      _____/

16

17    SORIBA BANGOURA,                          No. C 12-3229 MMC

18              Plaintiff,

19      v.

20    ANDRE-BOUDIN BAKERIES, INC.,

21              Defendant.
      _____/

22

23        Before the Court is plaintiff Soriba Bangoura's "Objection to Nullify or Cancel

24   Defendant Andre-Boudin Bakeries Inc's Two Subpoenas," filed September 19, 2012, which

25   the Court construes as a motion to quash.  Pursuant to Civil Local Rule 72-1, plaintiff's

26   motion to quash, and all further discovery matters, are hereby REFERRED to a Magistrate

27   Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's

28   calendar.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
MAXINE M. CHESNEY
United States District Judge