IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRE-BOUDIN BAKERIES, INC.,<br><br>    Defendant.<br>_____/ | No. C 12-2749 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S OBJECTION** |
| SORIBA BANGOURA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDRE-BOUDIN BAKERIES, INC.,<br><br>    Defendant.<br>_____/ | No. C 12-3229 MMC |

     Before the Court is plaintiff Soriba Bangoura's "Objection to Nullify or Cancel Defendant Andre-Boudin Bakeries Inc's Two Subpoenas," filed September 19, 2012, which the Court construes as a motion to quash.  Pursuant to Civil Local Rule 72-1, plaintiff's motion to quash, and all further discovery matters, are hereby REFERRED to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: September 21, 2012

MAXINE M. CHESNEY
United States District Judge