UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA,<br><br>        Plaintiff(s),<br><br>   v.<br><br>ANDRE BOUDIN BAKERIES,<br><br>        Defendant(s).<br>_____/ | No. C-12-02749 MMC (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of Plaintiff's Motion to Quash. [Docket No. 26.]. You are hereby notified that a hearing regarding the dispute is set for October 25, 2012 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

    IT IS SO ORDERED.

Dated: September 25, 2012

_____
DONNA M. RYU
United States Magistrate Judge