United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ANDRE BOUDIN BAKERIES,<br><br>　　　　Defendant(s).<br>_____/ | No. C-12-02749 MMC (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　The court is in receipt of Plaintiff's Motion to Quash. [Docket No. 26.]. You are hereby notified that a hearing regarding the dispute is set for October 25, 2012 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

　　　The court further ORDERS Defendants to notify subpoenaed parties that documents should not be produced pending resolution of this motion.

　　　IT IS SO ORDERED.

Dated: September 25, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge