UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBA BANGOURA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ANDRE-BOUDIN BAKERIES,<br><br>    Defendant(s).<br>_____/ | No. C 12-02749 MMC (DMR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO QUASH AS MOOT** |

On September 18, 2012, Plaintiff Soriba Bangoura filed a motion to quash Defendant Andre-Boudin Bakeries, Inc.'s subpoenas to obtain records from Westside Community Service-Integrated Services Center and San Francisco General Hospital. [Docket No. 26.] The subpoena which Mr. Bangoura moves to quash, however was issued in the related case *Bangoura v. Andre-Boudin Bakeries, Inc.*, No. 12-3229 MMC (N.D. Cal. filed June 21, 2012), and not this case. Because Defendant did not issue the subpoena in this case, the court denies Plaintiff's motion as moot.

IT IS SO ORDERED.

Dated: October 26, 2012

_____
DONNA M. RYU
United States Magistrate Judge