IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SORIBA BANGOURA,  
        Plaintiff,  
  v.  
ANDRE-BOUDIN BAKERIES, INC.,  
        Defendant.

No. C 12-2749 MMC

**ORDER CLOSING CASE**

At the October 26, 2012 Case Management Conference held jointly in the above-titled case and in a related case, <u>Bangoura v. Andre-Boudin Bakeries, Inc.</u>, Case No. C 12-3229, the Court directed plaintiff to consolidate his claims in a single action and to file a Second Amended Complaint ("SAC") in the latter of the two cases, after which the above-titled case would be closed. (<u>See</u> Civil Minutes, filed October 26, 2012.) On November 8, 2012, plaintiff filed his SAC as directed.

Accordingly, Case No. C 12-2749 is hereby CLOSED, and plaintiff's claims shall proceed in Case No. C 12-3229.

**IT IS SO ORDERED.**

Dated: November 20, 2012

MAXINE M. CHESNEY  
United States District Judge